STATE OF NEW JERSEY v. MELVIN MULDROW.

November 17, 1981.

Petition for certification denied.

FELICITA MALDONADO v. JORGE MALDONADO.

November 17, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT J. INFINITO.

November 17, 1981.

Petition for certification denied.   (See 180 *N.J.Super.* 175)

STATE OF NEW JERSEY v. GEORGE NAHIRNIAK.

November 17, 1981.

Petition for certification denied.

IN THE MATTER OF SAM'S BAR & GRILL.

November 17, 1981.

Petition for certification denied.